UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDDIE EPICENO, | ) | 1:06-CV-0434 LJO WMW HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER SEALING LODGED DOCUMENT No. 9 (PROBATION OFFICER'S REPORT) |
| PEOPLE OF THE STATE CALIFORNIA, | ) ) ) | (DOCUMENT #20) |
| Respondent. | ) ) | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On May 23, 2007, respondent submitted a motion to seal the probation report because it is a confidential document. Pursuant to the motion by respondent, IT IS HEREBY ORDERED that the probation report is hereby LODGED under seal.

IT IS SO ORDERED.

**Dated:   May 29, 2007**          /s/  William M. Wunderlich
                            UNITED STATES MAGISTRATE JUDGE