IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE EPICENO, | 1:06-cv-00434 WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | (DOCUMENT #23) |
| Respondents. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 27, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   August 28, 2007**           /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE